IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Beatrice E. Ivory | ) | Case No. 05-00688 |
| | ) | |
| Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

### ORDER ALLOWING SUBSTITUTION OF COLLATERAL

For good cause shown, IT IS ORDERED BY THE COURT that the debtor and Household Automotive Finance Corporation are hereby permitted to substitute collateral for the existing secured loan between the parties, upon final approval of the collateral by Household Automotive Finance Corporation.

Dated: - 9 JAN 2006

_____
Jacqueline P. Cox
UNITED STATES BANKRUPTCY JUDGE

Prepared by:

Ledford & WU
Attorneys for the Debtor
200 S. Michigan Ave., Suite 209
Chicago, IL 60604
(312)294-4400
Fax: (312)294-4410