```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 00688
   BEATRICE E IVORY
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6417


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/10/2005 and was confirmed 04/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  19.04% from remaining funds.

     The case was paid in full 02/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID        PAID
--------------------------------------------------------------------------
HOUSEHOLD AUTOMOTIVE FIN NOTICE ONLY    NOT FILED           .00         .00
HSBC AUTO FINANCE        SECURED         4250.00         324.17     4250.00
HSBC AUTO FINANCE        UNSECURED OTH  10395.11            .00     1978.34
APOLLO COLLEGE           UNSECURED      NOT FILED           .00         .00
BANK ONE                 UNSECURED      NOT FILED           .00         .00
ARROW FINANCIAL SERVICES NOTICE ONLY    NOT FILED           .00         .00
MAGES & PRICE            UNSECURED      NOT FILED           .00         .00
CAPITAL ONE              UNSECURED      NOT FILED           .00         .00
NCO FINANCIAL SYSTEMS IN NOTICE ONLY    NOT FILED           .00         .00
CITY OF CHICAGO PARKING  UNSECURED OTH    200.00            .00       39.04
LINEBARGER GOGGAN BLAIR  NOTICE ONLY    NOT FILED           .00         .00
JEFFERSON CAPITAL SYSTEM UNSECURED OTH   1206.92            .00      229.70
BLATT HASENMILLER LEIBSK NOTICE ONLY    NOT FILED           .00         .00
THE MONEY STORE          UNSECURED      NOT FILED           .00         .00
ROUNDUP FUNDING LLC      UNSECURED OTH    496.25            .00       94.44
CHECK N GO               NOTICE ONLY    NOT FILED           .00         .00
NATIONWIDE ACCEPTANCE~   UNSECURED OTH   1309.62            .00      249.24
PEKAY & BLITSTEIN PC     NOTICE ONLY    NOT FILED           .00         .00
PRIMARY FINANCIAL SERVIC UNSECURED      NOT FILED           .00         .00
SEARS DENTAL             UNSECURED      NOT FILED           .00         .00
LEDFORD & WU             DEBTOR ATTY    2,700.00                    2,700.00
TOM VAUGHN               TRUSTEE                                      575.07
DEBTOR REFUND            REFUND                                       266.57

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  10,706.57

PRIORITY                                          .00
SECURED                                      4,250.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 00688 BEATRICE E IVORY
```

```
    INTEREST                                              324.17
UNSECURED                                               2,590.76
ADMINISTRATIVE                                          2,700.00
TRUSTEE COMPENSATION                                      575.07
DEBTOR REFUND                                             266.57
                              ----------------    ----------------
TOTALS                              10,706.57           10,706.57
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 05/28/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```